# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MOHAMMED SAFDAR GOHIR,

    Petitioner,

vs.

CHRISTOPHER HOYE, et al.,

    Respondents.

Case No. 2:15-cv-00638-GMN-NJK

**ORDER**

    Petitioner, who is in custody at the Nevada Southern Detention Center, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (#1).  The court will serve the petition upon respondents for a response.

    **IT IS THEREFORE ORDERED** that the clerk shall serve copies of the petition (#1) and this order upon respondents as follows:

    1.    By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure;

    2.    By sending a copy of the petition and this order by registered or certified mail to the Honorable Eric Holder, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC  20530;

    3.    By sending a copy of the petition and this order by registered or certified mail to Charlotte Collins, Warden, Nevada Southern Detention Center, 2190 East Mesquite Avenue, Pahrump, NV  89060.

1 **IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2243 respondents shall file and serve an answer to the petition within **TWENTY (20) days** from the date that this order is entered, unless for good cause additional time is allowed.

**DATED** this 15th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court