**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| MOHAMMED SAFDAR GOHIR,<br><br>Petitioner,<br><br>vs.<br><br>CHRISTOPHER HOYE, et al.,<br><br>Respondents. | Case No. 2:15-CV-638-GMN-NJK<br><br>Order Granting Government's Unopposed Motion for Additional Time to File Opposition to Gohir's Petition for Writ of Habeas Corpus |

Based upon this pending unopposed motion for additional time, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Respondents shall file and serve an answer to the petition for writ of habeas corpus by no later than May 19, 2015.

**DATED** this 1st day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3