# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MOHAMMED SAFDAR GOHIR,

              Petitioner,

    v.

CHRISTOPHER HOYE, United States
Marshal for the District of Nevada, and
CHARLOTTE COLLINS, Warden,
Nevada Southern Detention Center,

            Respondents.

CASE NO. :  2:15 cv 638 GMN-NJK

**PETITIONER'S UNOPPOSED
MOTION FOR ADDITIONAL
TIME TO FILE REPLY TO
GOVERNMENT'S OPPOSITION
TO PETITION FOR WRIT OF
HABEAS CORPUS**

Based upon this pending unopposed motion for additional time, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Petitioner shall file and serve a reply to the Government's opposition to the writ of habeas corpus no later than June 12, 2015.

**DATED** this 27th day of May, 2015.

_____

Gloria M. Navarro, Chief Judge
United States District Court